**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

DATACLOUD TECHNOLOGIES, LLC,

       Plaintiff,

    v.

VIVIAN HEALTH, INC.,

       Defendant.

C.A. No. 1:26-cv-00153-GBW

**JURY TRIAL DEMANDED**

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Subject to the Court's approval, Defendant Vivian Health, Inc. has requested, and Plaintiff DataCloud Technologies, LLC has consented to, an extension of time for Defendant to answer, move, or otherwise respond to the Complaint filed in the above-captioned action, D.I. 1, through and including April 6, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion.

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*DataCloud Technologies, LLC*

February 25, 2026

SO ORDERED this ____ day of _____, 2026

_____
UNITED STATES DISTRICT JUDGE