IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DATACLOUD TECHNOLOGIES, LLC,

       Plaintiff,

   v.

VIVIAN HEALTH, INC.,

       Defendant.

CIVIL ACTION

NO. 1:26-cv-153-GBW

**Jury Trial Demanded**

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission

*pro hac vice* of Cortney S. Alexander of the law firm of Kent & Risley LLC in Alpharetta, Georgia

30022 to represent DataCloud Technologies, LLC in this matter.

Dated: March 2, 2026

STAMOULIS & WEINBLATT LLC

/s/ *Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff.*
*Attorneys for Plaintiff*
*DataCloud Technologies, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Cortney

S. Alexander of the law firm of Kent & Risley LLC is granted.


Dated: _____          _____

                                 United States District Judge

2

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia and, pursuant to Local Rule 83.6, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for Pro Hac Vice Fee effective January 1, 2024, I further certify that the annual fee of $50.00 will be paid upon filing of this Motion to the Clerk's Office.

Dated: March 2, 2026

*/s/ Cortney S. Alexander*
Cortney S. Alexander (GA Bar No. 142690)
KENT & RISLEY LLC
5755 N Point Pkwy, Ste 57
Alpharetta, GA 30022
Telephone: (404) 855-3867
Facsimile: (770) 462-3299
cortneyalexander@kentrisley.com

3