**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

DATACLOUD TECHNOLOGIES, LLC,

      Plaintiff,

    v.

VIVIAN HEALTH, INC.,

      Defendant.

C.A. No. 1:26-cv-00153-GBW

**JURY TRIAL DEMANDED**

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Subject to the Court's approval, Defendant Vivian Health, Inc. has requested, and Plaintiff

DataCloud Technologies, LLC has consented to, an additional extension of time for Defendant to

answer, move, or otherwise respond to the Complaint filed in the above-captioned action, D.I. 1,

through and including May 6, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion.

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*

_____
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*DataCloud Technologies, LLC*

April 1, 2026

      SO ORDERED this _____ day of _____, 2026

_____
UNITED STATES DISTRICT JUDGE